# Exhibit A
# Under Notice of Removal

Skip To MainContent

[ Search ]

⚠ **WARNING:** Bogus Phone Calls, Emails May Lead to Fraud.   **Read More...**

Civil Court Case Information - Case History

## Case Information

Case Number: CV2017-009322
File Date: 7/12/2017
Case Type: Civil

Judge: Garbarino, David
Location: Downtown

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Bank Of New York Mellon | Plaintiff | | Ross Mumme |
| Ivaylo T Dodev | Defendant | Unknown | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/14/2017 | 089 - ME: Trial Setting | 8/14/2017 | |
| 8/14/2017 | LOW - List Of Witnesses/Exhibit/Evidence | 8/15/2017 | |
| NOTE: PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS | | | |
| 8/14/2017 | MOT - Motion | 8/15/2017 | |
| NOTE: MOTION FOR JUDGMENT ON THE PLEADINGS AND RESPONSE TO DEFENDANT'S MOTION TO DISMISS | | | |
| 8/9/2017 | SUM - Summons | 8/11/2017 | |
| 8/7/2017 | AFS - Affidavit Of Service | 8/11/2017 | |
| NOTE: IVAYLO T DODEV | | | |
| 8/1/2017 | ORD - Order | 8/1/2017 | |
| NOTE: ORDER GRANTING MOTION TO CONTINUE THE HEARING SCHEDULED ON July 27, 2017 | | | |
| 8/1/2017 | ORD - Order | 8/1/2017 | |
| NOTE: ORDER GRANTING ALTERNATIVE SERVICE | | | |
| 7/26/2017 | MOT - Motion | 7/27/2017 | |
| NOTE: MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE | | | |
| 7/21/2017 | AAS - Affidavit Of Attempted Service | 7/27/2017 | |
| 7/21/2017 | SUM - Summons | 7/25/2017 | |
| 7/21/2017 | MCO - Motion To Continue | 7/24/2017 | |
| NOTE: Motion to Continue The Hearing Scheduled on July 27, 2017 | | | |
| 7/12/2017 | COM - Complaint | 7/12/2017 | |
| 7/12/2017 | CCN - Cert Arbitration - Not Subject | 7/12/2017 | |
| 7/12/2017 | CSH - Coversheet | 7/12/2017 | |
| 7/12/2017 | AFF - Affidavit | 7/12/2017 | |
| NOTE: RE MILITARY SERVICE | | | |

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 7/27/2017 | 9:00 | Forcible Detainer Hearing |
| 8/10/2017 | 9:00 | Forcible Detainer Hearing |
| 8/17/2017 | 10:00 | Trial |

## Judgments

There are no judgments on file

**COPY**

JUL 1 2 2017

MICHAEL K. JEANES, CLERK
C. FISHER
DEPUTY CLERK

1  Ross M. Mumme, Esq. (029956)
**McCARTHY HOLTHUS, LLP**

2  8502 E. Via De Ventura, Suite 200

3  Scottsdale, Arizona 85258
(480) 265-4002

4  rmumme@mccarthyholthus.com
Attorneys for Plaintiff

5

6

7  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8  **IN AND FOR THE COUNTY OF MARICOPA**

9  BANK OF NEW YORK MELLON, F/K/A      No.  CV2017-009322
BANK OF NEW YORK, AS TRUSTEE,

10  ON BEHALF OF THE REGISTERED      **COMPLAINT**
HOLDERS OF ALTERNATIVE LOAN      (Summary Action For Forcible Entry and

11  TRUST 2007-OA7, MORTGAGE PASS-      Detainer)
THROUGH  CERTIFICATES,  SERIES

12  2007-OA7, its assignees and/or successors,

13

14      Plaintiff,

15      vs.

16  IVAYLO T DODEV, JOHN/JANE DOE

17  LAST NAME, All Unknown Occupants
and DOES 1-10, inclusive

18

19      Defendants.

20  **" YOUR LANDLORD IS SUING TO HAVE YOU EVICTED. PLEASE READ**

21  **THIS CAREFULLY."**

22

23      Plaintiff, Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on

24  behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-

25  Through Certificates, Series 2007-OA7, its assignees and/or successors, by and through its

26  counsel undersigned, for its Complaint, alleges as follows:

AZ-17-112782
Complaint

1

1.    Plaintiff is a foreign corporation.

2.    Upon information and belief, Defendant Ivaylo T Dodev resides in Maricopa County, Arizona.

3.    Defendant Ivaylo T Dodev has caused an event to occur in Maricopa County, Arizona, out of which this Complaint arises.

4.    JOHN DOES 1-10 and JANE DOES 1-10 are names of fictitious individuals and Plaintiff will request leave of the court to insert the true and correct names of said individuals when and if they are learned. At all times material hereto, JOHN DOES 1-10 and JANE DOES 1-10 were each acting for and on behalf of their respective marital communities. Upon information and belief, JOHN DOES 1-10 and JANE DOES 1-10 have caused an event to occur in MARICOPA County, Arizona, out of which this Complaint arises.

5.    On or about 02/08/2016, Plaintiff became the lawful owner of the real property located at 6312 S 161st Way Gilbert, AZ 85298 (hereinafter the "subject property") when Plaintiff purchased the property at a trustee's sale. A copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A".

6.    Upon information and belief, Defendants are the previous owners of the subject property or are occupying the subject property pursuant to an arrangement with the previous owner of the subject property. Defendants' interests are junior and subject to the rights of the Plaintiff herein.

7.    On or about 06/30/2017, notice was given to the Defendants that they had to vacate the subject property on or before 07/07/2017. A copy of the notice is attached as Exhibit "B".

AZ-17-112782
Complaint

2

8.      Upon information and belief, Defendants have failed and/or refused to vacate the subject property and continue to hold over and remain in possession thereof. Therefore, Defendants are guilty of forcible detainer pursuant to A.R.S. §§ 12-1173 and 12-1173.01.

9.      Plaintiff is entitled to the fair rental value of the subject property pursuant to A.R.S. § 33-1314.

**WHEREFORE**, Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, its assignees and/or successors, prays for judgment against Defendants Ivaylo T Dodev, and fictitious defendants, individually and collectively, jointly and severally, as follows:

A.      For return of possession of the subject property.

B.      For the issuance of a Writ of Restitution authorizing the Sheriff of MARICOPA County to take possession of the subject property herein and turn the same over to Plaintiff if Defendants or any other occupants refuse to vacate the property.

C.      For the fair rental value of the subject property, in an amount to be determined at time of trial.

/
/
/
/
/

AZ-17-112782
Complaint

3

D.    For Plaintiff's attorneys fees and costs pursuant to A.R.S. 12-341 and A.R.S. 12-341.01.

E.    For such other and further relief as this Court deems just and proper.

DATED July 10th, 2017.

McCARTHY HOLTHUS, LLP

Ross M. Mumme, Esq.
8502 East Via De Ventura Suite, 200
Scottsdale, Arizona 85258
*Attorneys for Plaintiff*

AZ-17-112782
Complaint

4

# VERIFICATION

STATE OF ARIZONA          )
                          ) ss:
County of MARICOPA        )

    I, Ross M. Mumme, do state as follows:

    That I am the attorney for Plaintiff in the above-captioned matter and that I have read the foregoing Complaint and know the contents thereof to be true, except as to those things stated upon information and belief, and as to those, they are verified to be true.


                            Ross M. Mumme

    This Verification was acknowledged before me this date by the person above-subscribed this _____ day of July, 2017.

                            Notary Public

My Commission Expires:

```
SHAWNA LELAND
Notary Public, State of Arizona
Maricopa County
My Commission Expires
February 16, 2019
```

# EXHIBIT "A"

Great American Title Agency

WHEN RECORDED MAIL TO :
Tiffany & Bosco, P.A.
2525 E. Camelback Rd.
Ste. 700
Phoenix, AZ 85016

Forward Tax Statements to :
Select Portfolio Servicing, Inc.
3217 S Decker Lake Drive
Salt Lake City, UT  84119

MARICOPA COUNTY RECORDER
HELEN PURCELL
20160104356   02/19/2016   08:4:
ELECTRONIC RECORDING

21401150TD-3-1-1--
Garciac

T&B File # 14-01441 Dodev Conv - No PMI

Title Co. # 21401150

EXEMPT TRANSACTION – NO AFFIDAVIT
ARS 11-1134 (B)(1)

### TRUSTEE'S DEED UPON SALE

David W. Cowles, as the duly appointed Trustee (or successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without any covenant or warranty to :

Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7

herein called Grantee, the following described real property situated in Maricopa County, described as:

A Portion Of Land In The Southwest Quarter Of Section 22, Township 2 South, Range 6 East, Gila And Salt River Base And Meridian, Maricopa County, Arizona, Described As Follows;

Commencing At The Southwest Corner Of Section 22;

Thence North 90 Degrees 00 Minutes 00 Seconds East, A Distance Of 1284.85 Feet;

Thence North 00 Degrees 00 Minutes 00 Seconds East, A Distance Of 415.04 Feet;

Thence South 90 Degrees 00 Minutes 00 Seconds West, A Distance Of 193.02 Feet To The Point Of Beginning;

Thence South 90 Degrees 00 Minutes 00 Seconds West, A Distance Of 367.57 Feet;

Thence North 00 Degrees 03 Minutes 42 Seconds East, A Distance Of 9.56 Feet;

Thence North 18 Degrees 49 Minutes 40 Seconds East, A Distance Of 266.94 Feet;

Thence North 90 Degrees 00 Minutes 00 Seconds East, A Distance Of 279.44 Feet;

**Page 2 of Trustee's Deed**
14-01441

**Thence South 00 Degrees 25 Minutes 50 Seconds East, A Distance Of 262.23 Feet To The Point Of Beginning.**

This conveyance is made pursuant to the powers including the power of sale conferred upon Trustee by said Deed of Trust executed **Ivaylo T. Dodev, a married man, as his sole and separate property** , as Trustor, recorded on **12/18/2006** as Instrument No. **2006-1646998** (or Book, Page)  of the Official Records of **Maricopa** County, **AZ** and  in compliance with the laws of the State of Arizona authorizing this conveyance and is effective upon the payment by the purchaser of the price bid in accordance with ARS §§ 33-810 and 33-811.

**Page 3 of Trustee's Deed**
14-01441

Said property was sold by Trustee at Public auction on February 8, 2016, at the place named in the Notice of Trustee's Sale. "Grantee", being the highest bidder at such sale, became the purchaser of said property and made payment thereof to said Trustee for the amount bid, namely $369,750.00, which payment was made either entirely in cash or by the satisfaction, protanto, of the obligation then secured by said Deed of Trust, together with the foreclosure and expenses relative thereto.

IN WITNESS WHEREOF, David W. Cowles, as Trustee, has this day caused his name to be hereunto affixed.

_____
David W. Cowles

State of Arizona      )
                      )ss.
County of Maricopa    )

On this __9__ day of _February_, 20_16_ before me, Mary P. Dobos, a Notary Public for said State, personally appeared David W. Cowles personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

MARY P. DOBOS
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
October 22, 2018

EXHIBIT "B"

# McCarthy ❖ Holthus

*A Limited Liability Partnership*
**8502 E. Via De Ventura Blvd. Suite 200**
**Scottsdale, AZ 85258**
**Telephone (480) 302-4250**
**Facsimile (480) 302-4101**
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

June 15, 2017

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ivaylo T Dodev
All Unknown Occupants
6312 S 161st Way
Gilbert, AZ 85298

Re: Our Client: Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the
registered holders of Alternative Loan Trust 2007-OA7, Mortgage
Pass-Through Certificates, Series 2007-OA7

Dear Ivaylo T Dodev and/or all unknown occupants:

This law firm represents Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, its predecessors and/or its successors in interest. Following the default of Ivaylo T Dodev, the property located at 6312 S 161st Way Gilbert, AZ 85298, in which you presently reside was sold at a trustee's sale.

Pursuant to A.R.S. § 12-1173.01, you are hereby given notice that unless you vacate and deliver possession of the above referenced property to Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 on or before five days from the date of this letter, an action for forcible detainer will be commenced in MARICOPA County Superior Court for your removal. Please advise when you have vacated and surrendered possession of the above referenced property.

This letter will also serve as your notice that you shall not remove, replace or damage any of the built in appliances, fixtures (including fans and light fixtures), HVAC units or other improvements at the property. If you do, you may be held liable for damages, including attorney's fees. Your conduct may be deemed an act of conversion, trespass or a breach of the Deed of Trust.

## IMPORTANT NOTICE FOR SERVICEMEMBERS AND THEIR DEPENDENTS

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the Servicemembers Civil Relief Act ("SCRA"). This includes protection from eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

| Northwestern Office | San Diego Office | Las Vegas Office | Reno Office |
|---|---|---|---|
| 108 1st Ave S, Suite 300 | 1770 Fourth Avenue | 9510 West Sahara Avenue, Suite 110 | 200 S. Virginia St., 8th Floor |
| Seattle, WA 98104 | San Diego, CA 92101 | Las Vegas, NV 89117 | Reno, NV 89501 |
| (206) 319-9100 | (619) 685-4800 | (702) 685-0329 ext. 3748 | (702) 685-0329 ext. 3748 |
| Facsimile (206) 780-6862 | Facsimile (619) 685-4811 | Facsimile (866) 339-5691 | Facsimile (866) 339-5691 |

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard

- Active service with the National Guard

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration

- Active service as a commissioned officer of the Public Health Service

- Service with the forces of a nation with which the United States is allied in a war or military action

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

Please notify this office immediately if you believe you are entitled to protection under the SCRA. For more information on SCRA, please call 480-302-4100. This firm is prohibited from giving you legal advice and cannot direct you on how to proceed.

> Thank you,
> /s/ Courtney Watkins
> Legal Assistant to Ross M. Mumme, Esq.
> (480) 302-4100

Enclosure   cc: Ivaylo T Dodev, and/or current occupant (regular mail)

# Important Notice to Tenants

### If you are a tenant of the prior owner
### with a bona fide lease or tenancy,
### you may be allowed to continue renting the property.

You may have additional rights.  Please contact us immediately to let us know if you are a tenant living at the Property and provide us with proof of the same, such as a copy of your lease. If you do not have a written lease, please provide us with a summary of the terms of your oral lease.  In addition, please provide us with rent receipts or proof of rent payment, utilities bills, or other documentation evidencing the fact that you are a tenant living at the Property.

If you would like information regarding the options available, please contact this office immediately:

McCarthy Holthus LLP
8502 East Via De Ventura Suite 200
Scottsdale, Arizona 85258
(480) 302-4100

It will be necessary for you to provide us with a copy of your lease with the prior owner.  Please fax the lease to 480-302-4101 or email the lease to evictions@mccarthyholthus.com before contacting our office.

## CHANGE IN OWNERSHIP OCCUPANT QUESTIONNAIRE - FORECLOSURE

Dear Occupant:  Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7 acquired ownership of the below property via a foreclosure sale held on 02/08/2016, and is now the owner of the property.

**Please fill out this form as completely as you can and return it within 3 business days, <u>along with a copy of your lease and evidence of rent payments</u>, via fax to 480-302-4101 or via mail to 8502 East Via De Ventura, Suite 200, Scottsdale, AZ 85258**

A.     Property Address: 6312 S 161st Way Gilbert, AZ 85298

| Names of all occupants | Move-in date | Home Phone No. |
|---|---|---|
| _____ | _____ | (___)_____ |
| _____ | _____ | (___)_____ |
| _____ | _____ | (___)_____ |
| _____ | _____ | (___)_____ |

Did you have a lease with the prior owner (please circle):          Yes/No

Do you receive a rent subsidy (such as section 8) (please circle):          Yes/No

If you receive a subsidy, please list the name and address of the agency or housing authority handling your case/subsidy program:

_____

_____

_____

Monthly Rent Payments $_____

Date Rent is Due:          _____

Date of last Rent Payment Made:_____

Rent Currently Paid Through: _____

List of Utilities you are responsible for paying:_____

List of Utilities your (former) landlord was responsible for paying:_____

Date lease expired or was converted to month-to-month:

_____

Are you interested in purchasing the property (please circle):          Yes/No

If you are interested in purchasing, please provide a pre-qualification letter to our agent

List any appliances, window coverings, light fixtures, etc. which YOU own:

_____

Are there any current problems with your unit (please circle):          Yes/No

If so, please explain in detail:

_____

_____

_____

Signature of occupant(s):

_____

        Dated:_____

**IF YOU ARE IN THE ARMED FORCES, PLEASE READ THIS IMPORTANT MESSAGE ABOUT POSSIBLE RIGHTS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:**

**PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Military servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections, including eviction protection, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active service members of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

**What legal protections are servicemembers entitled to under the SCRA?**

- The SCRA states that a debt incurred prior to entering military service by a servicemember or servicemember and spouse jointly shall not bear interest at a rate above 6 percent during the period of military service and for one year thereafter.
- The SCRA states that in a legal action to enforce a mortgage debt filed during or within 12 months after the servicemember's military service, a court may take certain actions to protect the consumer.
- The SCRA states that eviction of servicemembers generally must be under a court order, and a court may take certain actions to protect the consumer.
- The SCRA contains many other protections besides those applicable to home loans.

## <u>WHAT YOU NEED TO DO</u>

**How do I request relief under the SCRA?**

- Please contact us immediately at the following number to inform us of you or your spouse's military status. **Call us at: 480-302-4100**

- To assist in determining whether this loan is eligible for Servicemember benefits, please provide us with a copy of any military orders and/or DD-214 form(s) issued to you, any co-borrower, or occupant of the property and the Social Security numbers of any non-borrower occupants of the property.

- Some of the benefits provided by the SCRA require that the servicemember provide the lender with a copy of the servicemember's military orders. A servicemember or spouse, or both, may request relief under the SCRA by providing a written request with a copy of the servicemember's military orders:

**McCarthy Holthus LLP**
**8502 East Via De Ventura, Suite 200**
**Scottsdale, AZ 85282**

**How can I get more information about the SCRA?**

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at the following website:
  http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to http://www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

- If you are such a servicemember, or a dependent of such a servicemember, you should contact McCarthy & Holthus, LLP at **480-302-4100** to discuss your status under the SCRA.

In The Superior Court of The State of Arizona
and for the County of Maricopa

MICHAEL K. JEANES, CLERK
RECEIVED CCB
DOCUMENT DEPOSITORY

'17 JUL -5 AM 10: 36
AFFIDAVIT OF SERVICE

Bank of New York Mellon

        Plaintiff,

VS.

Ivaylo T Dodev

        Defendant,

Case No: CV2017-002670

---

State of Arizona

County of Maricopa } ss.

The Affiant, declares under penalty of perjury, that I am fully qualified, pursuant to Rule 4(d), Arizona Rules of Civil Procedure, to serve process in this cause in or for the State of Arizona and that the foregoing is true and correct.

On 6/15/2017, I received from McCarthy Holthus, LLP and from . the Five Day Notice.

On 6/30/2017, at 7:46 AM, I served the aforementioned documents on: Ivaylo T. Dodev at 6312 S 161st Way, Gilbert, AZ 85298 in the manner set below:

By attempting personal service on the above and failed to obtain a response from any occupant, copies were posted to the outer main entrance of the dwelling place.

Thereafter, copies were deposited with the U.S. Postal Service to Ivaylo T. Dodev at his/her usual place of abode by first class mail and certified return receipt # which is hereto made a part of.

Marriage Status: N / A

Military Status: N / A

Additional Comments:

X _____

**DeVon Thomas, PN-200800007, Affiant**
Date: 6/30/2017
Registered in Pinal
Work Order Number: P139522
Client Reference: AZ-17-112782

Subscribed and sworn before me on
6/30/2017

_____

Denis Cavar, Notary Public
Commission expires on: 7/15/2019

DENIS CAVAR
Notary Public, State of Arizona
Maricopa County
My Commission Expires
July 15, 2019

| Service of Process - OOC | 120.00 |
| Total: | $ 120.00 |



* P139522



**COPY**

1

Ross M. Mumme, Esq. (029956)
**McCARTHY HOLTHUS, LLP**

2

8502 E. Via De Ventura, Suite 200

3

Scottsdale, Arizona 85258
(480) 302-4063

4

kmcdonald@mccarthyholthus.com
Attorneys for Plaintiff

5

JUL 1 2 2017

MICHAEL K. JEANES, CLERK
C. FISHER
DEPUTY CLERK

6

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7

### IN AND FOR THE COUNTY OF MARICOPA

8

9

10

11

12

Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, its assignees and/or successors,

13

Plaintiff,

14

vs.

15

16

Ivaylo T Dodev, All Unknown Occupants, and DOES 1-10, inclusive

17

Defendants.

No. CV2017-009322

**CERTIFICATE RE: COMPULSORY ARBITRATION**
(Summary Action For Forcible Entry and Detainer)

18

19

20

21

22

     Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, its assignees and/or successors, certifies that the largest award sought by the Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs does not exceed limits for compulsory arbitration.

23

///

24

///

25

///

26

///

1    This case is not subject to Arbitration because equitable relief is sought.

2         DATED July _10th_ , 2017

3                   McCARTHY HOLTHUS, LLP

4

5

6         Ross M. Mumme
          8502 East Via De Ventura, Suite 200
7         Scottsdale, Arizona 85258
          *Attorneys for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AZ-17-112782

2

1  Ross M. Mumme, Esq. (029956)
   **McCARTHY HOLTHUS, LLP**
2  8502 E. Via De Ventura, Suite 200
   Scottsdale, Arizona 85258
3  (480) 302-4063
4  ljagannath@mccarthyholthus.com
   Attorneys for Plaintiff
5

6              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

7                    **IN AND FOR THE COUNTY OF MARICOPA**

8  | Bank of New York Mellon, f/k/a Bank of | Case No. CV2017-009322 |
9  | New York, as Trustee, on behalf of the | **MOTION FOR ORDER** |
   | registered holders of Alternative Loan | **AUTHORIZING ALTERNATIVE** |
10 | Trust 2007-OA7, Mortgage Pass-Through | **SERVICE** |
   | Certificates, Series 2007-OA7, its | |
11 | assignees and/or successors, | |

12                Plaintiff,

13        vs.

14

15 Ivaylo T Dodev, husband and wife, All
   Unknown Occupants and DOES 1-10
16 inclusive.

17                Defendants.

18

19        Plaintiff, Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on

20 behalf of the registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-

21 Through Certificates, Series 2007-OA7, its assignees and/or successors, by and through its

22 counsel undersigned, submits its Motion for Order Authorizing Alternative Service,

23 pursuant to Rule 4.1(k), A.R.C.P. Plaintiff attempted to personally serve the Defendant at

24 their residence. See "Exhibit A" Affidavit of Attempted Service. See Also "Exhibits B-F"

25 Photos of the five attempts at service. Because of the statutory time constraints of a

26 forcible detainer action, it is in the best interests of the court that it finds that service of

AZ-17-112782

1

1  process in this action upon the Defendants by one of the means authorized by Rule 4.1(d),

2  A.R.C.P., would be impracticable.

3          Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the

4  registered holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through

5  Certificates, Series 2007-OA7, its assignees and/or successors, respectfully request that

6  the court grant Plaintiff's Motion to allow service of process in this action by

7  conspicuously posting a copy of the Summons and Complaint upon the outer main

8  entrance of Defendant's dwelling place and thereafter promptly mailing a certified

9  mailing (return receipt requested) and regular mailing a copy to the Defendants at the

10 residential address for the Defendants.

11         Plaintiff also respectfully requests an order of this Court, that posting one (1) copy

12 of the Summons and Complaint atop the stone structure (resembling the property's

13 mailbox) at the end of the subject property's paved walkway wherein the "Private

14 Property Keep Out" sign is affixed[1] as well as one (1) copy of the Summons and

15 Complaint atop the stone structure containing the property's mailbox (as the mailbox itself

16 appears from the photograph in Exhibit F, to have a lock on it)[2], shall be deemed

17 adequately conspicuous in conjunction with the aforementioned mailing of the Summons

18 and Complaint, to effectuate service.   Defendant's property is clearly marked on

19 numerous locations with signs reading "Private Property," and "No Trespassing," as

20 demonstrated in the photographs of Plaintiff's numerous service attempts, making a

21 posting on the property's front door or other traditional location constituting the "outer

22 main entrance," impracticable without trespassing on the property.

23 //

24 //

25 //

26 //

---

[1] A picture of the proposed location of posting at the end of the walkway is found in Exhibit "B" and Exhibit "C."
[2] A picture of the proposed location of posting atop the mailbox is found in Exhibit "F."

AZ-17-112782

1  //
2  //

3
4                    **DATED** July 25, 2017
5
6                    **McCARTHY HOLTHUS, LLP**

7                    Ross M. Mumme
8                    8502 East Via De Ventura, Suite 200
                     Scottsdale, Arizona 85258
9                    *Attorneys for Plaintiff*

10
11  **ORIGINAL** of the foregoing
    **Filed** with the Clerk of the Court on July 25, 2017
12
13  **COPY** of the foregoing
    **Mailed** on July 25, 2017
14
15  Ivaylo T Dodev
    Or Current Occupant
16  6312 S 161st Way
    Gilbert,  AZ 85298
17  *Defendants*

18
19
20
21
22
23
24
25
26

AZ-17-112782

3