**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank of New York Mellon, | Case No. CV-17-02772-PHX-JJT |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO REMAND** |
| Ivaylo Dodev, | |
| Defendant. | |

Plaintiff, Bank of New York Mellon, by and through its undersigned counsel and pursuant to 28 U.S.C § 1447, having moved this court to remand this case to the Maricopa County, Arizona Superior Court, the Court, having considered the allegations therein contained, and good cause appearing, it is **HEREBY ORDERED** that Plaintiff's Motion to Remand is GRANTED.

It is **FURTHER ORDERED** that this case is hereby **REMANDED** to the Maricopa County Superior Court.

It is **FURTHER ORDERED** that Plaintiff is granted leave to move pursuant to LRCiv 54.2, for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447(c), within fourteen (14) days of the entry of this order.

AZ-17-112782