Ivaylo Dodev,

c/o 6312 South 161st Way
Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Facsimile
dodev@hotmail.com

*Pro Per*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| Bank of New York Mellon, | No. CV-17-02772-PHX-JJT |
|---|---|
| Plaintiff, | **MOTION TO STRIKE PLAINTIFF'S MOTION TO REMAND** (DOC. 7) |
| v. | |
| Ivaylo Dodev, | |
| Defendant. | Honorable John J. Tuchi |

**COMES NOW,** Ivaylo Dodev ("Defendants") and moves this Court pursuant to Rule 12(f)(2)[1] of the Fed. R. Civ. P. and 7.2(m) of the Loc. R. Civ. P., to strike or summarily dismiss Bank of New York Mellon's ("Plaintiff"), Motion to Remand [Doc. 7] (the "Motion") for FAILURE TO COMPLY WITH THE LOCAL RULES AND A COURT ORDER, and in support thereto present the following Memorandum of Points and Authorities.

---

[1] "The purposes of a Rule 12(f) motion is to avoid spending time and money litigating spurious issues." (*Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1527 (9th Cir. 1993).

1 | Motion to Strike

I.   **MEMORANDUM OF POINTS AND AUTHORITIES**

**a. Plaintiff Did Not Comply with the Loc. R. Civ. P.**

Loc. R. Civ. P. 7.1(b)(1) reads in pertinent part:

> All pleadings, motions and other original documents filed with the Clerk shall be in a fixed-pitch type size no smaller than ten (10) pitch (10 letters per inch) or in a proportional font size **no smaller than 13 point**, including any footnotes. Pages of the document must be numbered.

Counsel for Plaintiff, under the auspices of McCarthy Holthus, LLP, repetitiously violated the Rules of Civil Procedure in the underlying two simultaneous eviction actions, commenced in the lower court, and now imperviously carries the same habits to the District Court.

Plaintiff's Motion is typed in 12-point font and the rules indiscriminately require "size no smaller than 13 points." Therefore, Plaintiff's Motion should be stricken under the guidance of the Local Rules. Local rules are "laws of the United States," *United States v. Hvass*, 355 U.S. 570, 575 (1958), "have the force of law[,] are binding upon the parties and upon the court, and a departure from local rules that affects substantial rights requires reversal." Professional Programs Group v. Department of Commerce, 29 F.3d 1349, 1353 (9th Cir. 1994) (internal quotation marks omitted). "A departure is justified only if the effect is so slight and unimportant that the sensible treatment is to overlook [it]." Id. Significantly, the district court is under an obligation to construe local rules so that they do not conflict with federal rules and statutes. *Marshall v. Gates*, 44 F.3d 722, 725 (9th Cir. 1995); Rule 83(a)(1), Fed. R. Civ. P.

2 | Motion to Strike

### b. Plaintiff Filed His Motion Untimely

Assuming *arguendo* that Counsel is immune from compliance with the Local Rules, his Motion was untimely as this Court has already identified *sua sponte* that Defendant failed to establish jurisdiction in his Notice of Removal and "ORDERED that, by August 28, 2017, the parties shall each file a brief not to exceed five pages and any evidence to demonstrate that the amount in controversy in the action brought by Plaintiff in state court exceeds $75,000." (Doc. 6, P 3.). Before filing his Motion, Counsel should have complied with this Court's order and submitted the corresponding brief.

## II. CONCLUSION

Therefore, Plaintiff's Motion is both uncompliant with the Local Rules and filed untimely—prior to filing a brief as ordered—and should to be stricken.

**WHEREFORE**, Defendants respectfully requests that this Court grants his motion.

Respectfully submitted on this 28 day of August, 2017.

Ivaylo Dodev, Defendant in *Pro Pe*r
c/o 6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

## CERTIFICATE OF SERVICE

**ORIGINAL** and **ONE COPY,** are hand-delivered to The United States District Court for the District of Arizona this 28 day of August, 2017.

**FURTHER,** Counsel for Plaintiff is CM/ECF filer and will be served by and through the court's docket.

**FURTHER,** a copy of the foregoing is electronically mailed to Counsel for Plaintiff Ross Mumme, this 28 day of August, 2017.

By, Ivaylo Dodev
6312 South 161st Way, Gilbert, Arizona
(480) 457-8888 Phone
(480) 457-8887 Fax

4 | Motion to Strike