Ross M. Mumme (029956)
**McCARTHY ◆ HOLTHUS, LLP**
8502 E. Via de Ventura, Suite No. 200
Scottsdale, Arizona 85258
Telephone:  (480) 265-4002
rmumme@mccarthyholthus.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of New York Mellon,<br><br>Plaintiff,<br><br>v.<br><br>Ivaylo Dodev,<br><br>Defendant. | Case No. CV-17-02772-PHX-JJT<br><br>**NOTICE OF COMPLIANCE WITH COURT'S AUGUST 18TH ORDER TO FILE BRIEF REGARDING AMOUNT IN CONTROVERSY** |

Plaintiff, Bank of New York Mellon, by and through its undersigned counsel, provides notice of its compliance with the Court's August 18, 2017 Order to file brief regarding the amount in controversy.  Plaintiff's position on the amount in controversy was contained in Plaintiff's Motion to Remand [Docket # 7], filed on August 23, 2017.  In furtherance of Plaintiff's position, and to aid the Court in its decision, the maximum amount of rental value that Plaintiff would seek in its judgment would be the contractual monthly mortgage payments in the amount of $2,435.51 for approximately eighteen (18) months, representing the months that have passed since Plaintiff acquired ownership of the subject property.  This would total approximately $43,839.18, as of the time of removal, plus fees and costs of $2,686.30, as of the time of removal, for a total judgment sought, of $46,525.48, at the time of removal.

//

//

1  //

2  //

3  **RESPECTFULLY SUBMITTED** this 29th day of August, 2017.

4  **McCARTHY ◆ HOLTHUS**

5  By:___/s/Ross Mumme_____
   Ross M. Mumme
6  8502 E. Via de Ventura, Suite No. 200
   Scottsdale, Arizona 85258
7  *Attorneys for Plaintiff*
   *Bank of New York Mellon*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AZ-17-112782

**CERTIFICATE OF SERVICE**

I hereby certify that on _____August 29, 2017_____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ivaylo Dodev
6312 South 161st Way
Gilbert, AZ 85298
Dodev@hotmail.com

I hereby certify that on _____August 29, 2017_____, I served the attached document by US Mail and electronic mail on the following:

Ivaylo Dodev
6312 South 161st Way
Gilbert, AZ 85298
Dodev@hotmail.com

By:____/s/ Courtney Watkins____
        Courtney Watkins

AZ-17-112782