## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
District Court Executive / Clerk of Court
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**MICHAEL S. O'BRIEN**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**DEBRA D. LUCAS**
Chief Deputy Clerk
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

Clerk of Court
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona  85003-2205

August 30, 2017

**Attention: Civil Filing Counter**

Re:   REMAND TO MARICOPA COUNTY SUPERIOR COURT

District Court Case Number:   CV-17-2772-PHX-JJT
Superior Court Case Number:   CV2017-009322

Dear Clerk:

Enclosed is a copy of the Order entered in this Court on August 30, 2017, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Brian D. Karth
District Court Executive/Clerk

By:   Katrina Smith
Case Admin Specialist

cc:   Judicial Administrator
Civil Court Administration
4th Floor, CCB
201 West Jefferson
Phoenix, Arizona 85003-2205

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____   Dated: _____